CLAY R. TREESE (SBN: 9923)
LAW OFFICE OF CLAY R. TREESE
2272-1 S. Nellis Boulevard
Las Vegas, NV 89142
Telephone: 702-727-4747
Facsimile: 702-727-4748

HARRY W. HARRISON (SBN: 211141)
[ADMITTED *PRO HAC VICE*]
HARRISON & BODELL LLP
11455 El Camino Real, Suite 480
San Diego, CA 92130
Telephone: (858) 461-4699
Facsimile: (858) 461-4703

Attorneys for Plaintiff DANIEL WEST

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL WEST,<br><br>           Plaintiff,<br><br>vs.<br><br>US BANCORP., a Delaware Corporation, and DOES 1 THROUGH 100, inclusive,<br><br>           Defendants. | CASE NO.: 2:15-CV-01991-APG-CWH<br><br>**AMENDED UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE DISMISSAL DOCUMENTS** |

### UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE DISMISSAL DOCUMENTS

### (FIRST REQUEST)

Pursuant to LR 6-1 and LR 6-2, Plaintiff submits this unopposed motion for an extension of the deadline to file the necessary dismissal documents to January 25, 2016. There is good cause for the request, as the parties are working to finalize the written settlement agreement. The primary terms of the settlement were placed on the record at the time of the Early Neutral Evaluation Session on December 9, 2015.

/ / /

/ / /

HARRISON & BODELL LLP
11455 El Camino Real, Suite 480
San Diego, CA 92130

| | | |
|---|---|---|
| 1 | Dated: January 12, 2016 | LAW OFFICE OF CLAY R. TREESE |
| 3 | | By: /s/ Clay R. Treese |
| 4 | | Clay R. Treese<br>Attorneys for Plaintiff DANIEL WEST |
| 6 | Dated: January 12, 2016 | HARRISON & BODELL LLP |
| 8 | | By: /s/ Harry W. Harrison |
| 9 | | Harry W. Harrison<br>Attorneys for Plaintiff DANIEL WEST<br>(SUBJECT TO ADMISSION PRO HAC VICE) |
| 12 | Dated: January 12, 2016 | LITTLER MEDELSON, P.C. |
| 15 | | By: /s/ Crystal J. Herrera |
| 16 | | Wendy Medura Krincek<br>Crystal J. Herrera<br>Attorneys for Defendant U.S.BANCORP INVESTMENTS, INC. improperly identified as US BANCORP |

IT IS SO ORDERED.
DATED: January 13, 2016

_____
UNITED STATES MAGISTRATE JUDGE

-2-

## **SIGNATURE CERTIFICATION**

Pursuant to Section V(D) of the Electronic Filing Procedures Manual, I hereby certify that the content of this document is acceptable to Crystal J. Herrera, counsel for Defendant, Defendant U.S.BANCORP INVESTMENTS, INC. and that I have obtained Ms. Herrera's authorization to affix her electronic signature to this document.

Dated: January 12, 2016                HARRISON & BODELL, LLP


By /s/ Harry W. Harrison
HARRY W. HARRISON
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case are represented by counsel who are CM/ECF participants. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

*/s/ Harry W. Harrison*

HARRISON & BODELL LLP
11455 El Camino Real, Suite 480
San Diego, CA 92130

**ORDER**

IT IS SO ORDERED.

Dated: _____                    _____

HARRISON & BODELL LLP
11455 El Camino Real, Suite 480
San Diego, CA 92130