CLAY R. TREESE (SBN: 9923)
LAW OFFICE OF CLAY R. TREESE
2272-1 S. Nellis Boulevard
Las Vegas, NV 89142
Telephone: 702-727-4747
Facsimile: 702-727-4748

HARRY W. HARRISON (SBN: 211141)
[ADMITTED *PRO HAC VICE*]
HARRISON & BODELL LLP
11455 El Camino Real, Suite 480
San Diego, CA 92130
Telephone: (858) 461-4699
Facsimile: (858) 461-4703

Attorneys for Plaintiff DANIEL WEST

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL WEST,<br><br>    Plaintiff,<br><br>vs.<br><br>US BANCORP., a Delaware Corporation, and DOES 1 THROUGH 100, inclusive,<br><br>    Defendants. | CASE NO.: 2:15-CV-01991-APG-CWH<br><br>**UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE DISMISSAL DOCUMENTS** |

### UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE DISMISSAL DOCUMENTS

### (SECOND REQUEST)

Pursuant to LR 6-1 and LR 6-2, Plaintiff submits this unopposed motion for an extension of the deadline to file the necessary dismissal documents to February 15, 2016. There is good cause for the request, as the parties are working to finalize the written settlement agreement. The primary terms of the settlement were placed on the record at the time of the Early Neutral Evaluation Session on December 9, 2015.

/ / /

/ / /

Dated: January 25, 2016							LAW OFFICE OF CLAY R. TREESE

By: /s/ Clay R. Treese
    Clay R. Treese
    Attorneys for Plaintiff DANIEL WEST

Dated: January 25, 2016							HARRISON & BODELL LLP

By: /s/ Harry W. Harrison
    Harry W. Harrison
    Attorneys for Plaintiff DANIEL WEST
    (SUBJECT TO ADMISSION PRO HAC VICE)

Dated: January 25, 2016							LITTLER MENDELSON, P.C.

By: /s/ Crystal J. Herrera
    Wendy Medura Krincek
    Crystal J. Herrera
    Attorneys for Defendant U.S.BANCORP INVESTMENTS, INC. improperly identified as US BANCORP

IT IS SO ORDERED.

DATED: January 26, 2016

_____
UNITED STATES MAGISTRATE JUDGE

# **SIGNATURE CERTIFICATION**

Pursuant to Section V(D) of the Electronic Filing Procedures Manual, I hereby certify that the content of this document is acceptable to Crystal J. Herrera, counsel for Defendant, Defendant U.S.BANCORP INVESTMENTS, INC. and that I have obtained Ms. Herrera's authorization to affix her electronic signature to this document.

Dated:  January 25, 2016                         HARRISON & BODELL, LLP


                                                 By  /s/ Harry W. Harrison
                                                     HARRY W. HARRISON
                                                     Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case are represented by counsel who are CM/ECF participants. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

*/s/ Harry W. Harrison*

HARRISON & BODELL LLP
11455 El Camino Real, Suite 480
San Diego, CA 92130

-4-
AMENDED UNOPPOSED MOTION TO EXTEND THE
DEADLINE TO FILE DISMISSAL DOCUMENTS
2:15-CV-01991-APG-CWH